EX PARTE RIVERA, PETITIONER AND APPELLEE, *v.* PEOPLE,
OPPOSER AND APPELLANT.

APPEAL from a Decision of Mr. Justice Wolf in Habeas
Corpus Proceeding.

No. 1886.—Decided May 22, 1922.

Decided on the grounds of the opinion delivered in the case of *People* v. *Rivera,
ante,* page 520.

*Mr. José E. Figueras, Fiscal,* for the appellant.

*Mr. A. Dones Padró* for the appellee.

*Reversed.*

Chief Justice Del Toro and Justices Aldrey and Franco
Soto concurred.

Mr. Justice Hutchison concurred in the judgment.

Mr. Justice Wolf took no part in the decision of this
case.